IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| LEROY PALMER, ) | |
| ) | |
| Plaintiff, ) | Case No. 13-cv-1698 |
| ) | Hon. Franklin U. Valderrama |
| v. ) | |
| ) | |
| CRAIG P. FRANZ, RN, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's May 27, 2021 Order (Dkt. No. 274), Plaintiff LeRoy Palmer and Defendant Craig P. Franz hereby file the following joint status report.

**I.  Nature of the Case**

  **A.  Attorneys of Record**

For Plaintiff LeRoy Palmer:

Walter C. Carlson
wcarlson@sidley.com
Matthew J. Reardon
mreardon@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

For Defendant Craig P. Franz:

Joseph A. Panatera
jpanatera@cassiday.com
Matthew H. Weller
mweller@cassiday.com
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, Illinois 60606
Telephone: (312) 641-3100
Facsimile: (312) 444-1669

  **B.  Basis for Federal Jurisdiction**

This proceeding is brought under 42 U.S.C. § 1983 and Illinois state law, and the Court therefore has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.

  **C.  Nature of the Claims and Relief Sought**

Plaintiff alleges that while being admitted to the custody of Stateville Correctional Center Northern Reception Center, the Defendant, Craig P. Franz R.N., violated Plaintiff's

constitutional rights through his deliberate indifference to Plaintiff's serious medical need. Plaintiff seeks damages for the injuries he suffered, attorney's fees, and any such further relief as the Court deems just and appropriate. Plaintiff also seeks recovery under state law. Defendant, Craig P. Franz, has denied all allegations of wrongdoing. There are no counterclaims.

**II.    Status of the Case**

Prior to the reassignment of this case to this Court on September 28, 2020, this case had been set for a jury trial before Judge Durkin on April 20, 2020. Due to the Covid-19 pandemic, the jury trial before Judge Durkin was not able to proceed.

Following the reassignment of this case to this Court, the parties engaged in settlement proceedings before Magistrate Judge Cole. The parties were not able to settle the case.

The case needs to be set for trial.

**III.    Trial**

**A.    Jury Demand**

Both parties demanded a trial by jury. The parties do not consent to a bench trial.

**B.    Magistrate Judge**

The parties do not consent to having Magistrate Judge Cole conduct the trial in this case.

**C.    Trial Date**

No trial date has been set. The parties request a status hearing with the Court to schedule trial.

**D.    Estimated Length of Trial**

Three to four days.

### IV. Settlement

The parties have just concluded a two-part settlement conference mediated by Magistrate Judge Cole. As noted in Magistrate Judge Cole's minute entry of May 27, 2021 (Dkt. No. 273), the parties failed to reach an agreement with respect to settlement.

Dated: June 3, 2021                             Respectfully submitted,

By: */s/ Joseph A. Panatera*                    By: */s/ Walter C. Carlson*

Joseph A. Panatera (ARDC #6288487)              Walter C. Carlson (ARDC #3122257)
jpanatera@cassiday.com                          wcarlson@sidley.com
Matthew H. Weller (ARDC #6278685)               Matthew J. Reardon (ARDC #6330326)
mweller@cassiday.com                            mreardon@sidley.com
Cassiday Schade LLP                             Sidley Austin LLP
222 W. Adams, Suite 2900                        One South Dearborn Street
Chicago, IL 60601                               Chicago, IL 60603
Tel: (312) 893-7002                             Tel: (312) 853-7000
Fax: (312) 444-1669                             Fax: (312) 853-7036

*Counsel for Defendant Craig P. Franz*          *Counsel for Plaintiff LeRoy Palmer*

## CERTIFICATE OF SERVICE

I, Matthew J. Reardon, hereby certify that on June 3, 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ *Matthew J. Reardon*
Matthew J. Reardon

ACTIVE 269337766