# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LEROY PALMER, <br><br> Plaintiff, <br><br> v. <br><br> CRAIG P. FRANZ, <br><br> Defendant. | No. 13 cv 1698 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, LEROY PALMER, and Defendant, CRAIG P. FRANZ, hereby stipulate to the dismissal of the Plaintiff's claims in their entirety, against Defendant, CRAIG P. FRANZ, with prejudice. Each side to bear its own fees and costs.

Dated: March 29, 2022

SIGNED & AGREED:

/s/Walter Carlson                                    DATE: March 29, 2022
One of the Attorneys for Plaintiff,
LeRoy Palmer


/s/Joseph A. Panatera                             DATE: March 29, 2022
One of the Attorneys for Defendant,
Craig P. Franz

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2022, I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

                                                /s/Joseph A. Panatera

10129728